# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-3326
_____

United States of America

*Plaintiff - Appellee*

v.

Irenelisa Torres-Resendiz

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: April 25, 2016
Filed: April 27, 2016
[Unpublished]

_____

Before LOKEN, BYE, and KELLY, Circuit Judges.

_____

PER CURIAM.

Irenelisa Torres-Resendiz directly appeals after she pled guilty to conspiring to distribute methamphetamine, and the district court[1] sentenced her to 140 months in

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

prison and three years of supervised release. Her counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging the district court's application of a two-level enhancement under U.S.S.G. § 3B1.1(c) for Torres-Resendiz's aggravating role in the offense.

The district court did not clearly err in assessing the enhancement. See United States v. Gutierrez, 757 F.3d 785, 789 (8th Cir. 2014) (standard of review). At sentencing, the government presented testimony and other evidence establishing that, for two months, Torres-Resendiz received weekly or bi-weekly shipments of large quantities of methamphetamine from a supplier, and instructed others to wire the drug proceeds, which showed that she directed large quantities of drugs and drug proceeds; exercised control over others; and acted as a "key link" between supplier and distributor. See U.S.S.G. § 3B1.1, comment. (n.4) (relevant factors); United States v. Johnson, 619 F.3d 910, 921 (8th Cir. 2010).

Having reviewed the record pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues. Accordingly, the judgment is affirmed.

_____